

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2019

No. 04-19-00041-CR

**IN RE Jose MEDINA**

Original Mandamus Proceeding[1]

**ORDER**

On January 21, 2019, relator filed a petition for writ of mandamus and a motion for leave to file his petition. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). We DENY as moot relator's motion for leave to file a petition for writ of mandamus because a motion for leave is not required for a petition filed in an intermediate appellate court. *See* TEX. R. APP. P. 52.1.

It is so **ORDERED** on January 30, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010-CR-1086-W1, styled *The State of Texas v. Jose Medina*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.